IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | 1:25-MJ-459-SH |
| | § | |
| **RITA ADELITA CASTILLO,** | § | |
| *Defendant* | § | |

## Order

This Magistrate Judge held a detention hearing on April 22, 2025, and now issues this Order to provide further analysis of the Order Setting Conditions of Release issued on this date.

The Court has considered the Pretrial Services Report and the evidence and arguments of counsel for the Government and Defendant at the hearing. Considering the available evidence concerning the factors identified in 18 U.S.C. § 3142(g), the Court finds that Defendant has offered evidence sufficient to rebut the presumption of detention under 18 U.S.C. § 3142(e)(3)(A).

Defendant has severe medical conditions requiring daily medication, including congestive heart failure. Although she was convicted of misdemeanor assault causing bodily injury to a family member, that conviction was more than twenty years ago, and the Court finds that Defendant is not now a danger to the safety of others or the community.

The Court also finds that there are conditions of release that will reasonably assure her presence as required. Despite substance abuse beginning at age 12, Defendant testified that she has never received substance abuse treatment and requested inpatient treatment. The Court finds that ordering Defendant to participate in a 45-day program of inpatient substance abuse therapy

1

and counseling followed by release on appropriate conditions will reasonably assure her appearance as required.

**SIGNED** April 22, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE