# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** §<br>*Plaintiff* §<br> §<br>**v.** §     Case No. 1:25-MJ-00459-SH<br> §<br>**RITA CASTILLO,** §<br>*Defendant* § | |

## Order Modifying Conditions of Pretrial Release

On April 22, 2025, this Magistrate Judge issued an Order Setting Conditions of Release ordering that Defendant was to be released to a 45-day program of inpatient substance abuse therapy and counseling on April 23, 2025. Dkt. 10 at 4. On May 1, 2025, the Court was notified that the facility will not accept Defendant for inpatient therapy due to her severe medical conditions.

For these reasons, the Court **ORDERS** that Defendant's Conditions of Release are hereby **AMENDED** as follows:

(4) The defendant must appear at: U.S. Courthouse for the Northern District of Texas, Lubbock Division, 1205 Texas Avenue, Room 209, Lubbock, TX 79401-4091.

(7) The defendant must:

    (f) abide by the following restrictions on personal association, residence, or travel: Defendant must travel to Lubbock on or before Monday, May 5, 2025. Travel restricted to Lubbock County unless otherwise approved by the Court or U.S. Pretrial Services.

    (p) participate in the following location restriction program and comply with its requirements as directed.

        (iv) **Stand Alone Monitoring**. You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.

    (q) submit the following location monitoring technology and comply with its requirements as directed:

        (iv) GPS.

The Defendant is **ORDERED** released after processing.

Defendant is admonished that she must obey all conditions of release and follow the instructions of the pretrial services office and her supervising officer. The Court reminds Defendant that violating any conditions of her release may result in the immediate issuance of a warrant for her arrest, a revocation of her release, an order of detention, and a prosecution for contempt of court and could result in imprisonment, a fine, or both. *See* Dkt. 10 at 4.

**SIGNED** on May 1, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE